UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE BACA VALLEJOS (A-243-163-065),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX, et al.,

Respondents.

No. 1:26-cv-05779-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 7, 9)

Petitioner, a federal immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 7.) Neither party filed objections. However, on August 15, 2026, Respondents filed a status report indicating that a bond hearing was scheduled for August 25, 2026. (Doc. No. 8.) On August 31, 2026, Respondents filed an additional status report indicating that during the bond hearing on August 25, 2026, Petitioner notified the immigration judge that he was not ready to proceed, so the Petitioner was "permitted . . . to withdraw the bond request." (Doc. No. 11.)

The court presumes that any findings of fact made by the magistrate judge are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 14, 2026 (Doc. No. 7), are ADOPTED;
2. Petitioner Jose Baca Vallejos's (A-243-163-065) application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED, as follows:
   a. Within fourteen (14) days of the date of issuance of this order, Respondents are ORDERED to provide Petitioner with a bond hearing before an immigration judge at which Petitioner shall bear the burden of showing that he is not a flight risk or a risk to community safety;
   b. Respondents are ORDERED to provide Petitioner with seven (7) days' advance notice of the date and time of the scheduled bond hearing and allow Petitioner to have counsel present at the hearing should he so desire; and
   c. Within seventeen (17) days of the date of issuance of this order, Respondents are ORDERED to file a status report with this court certifying compliance with this order and attaching, as applicable, the immigration judge's order from the bond hearing;
3. Petitioner's pending motion (Doc. No. 9) is DENIED as having been rendered moot by this order;
4. The Clerk of the Court is directed to serve a copy of this order on the Central Valley Annex Detention Facility; and
5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dena Coggins
United States District Judge

Dated: __September 14, 2026__